**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In Re Redacted Stored Communications Act, 18 U.S.C. § 2703(a), (c) & (d), Documents Pursuant to Standing Order No. 22-05 (BAH) | **Case No. 25-ml-9999** |

<u>**NOTICE OF FILING REDACTED DOCUMENTS IN RELATION TO 19-ml-00197**</u>
<u>**UPON CLOSE OF INVESTIGATION**</u>

Pursuant to *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, and Standing Order No. 22-05 (BAH), the government provides this Notice of Filing on the unsealed docket of the attached (see Attachment A) "Redacted Docket Materials," in 19-ml-00197, which consist of redacted versions of the following original docket entries:

- Signed Application for Warrant Pursuant to 18 U.S.C. §§ 2703 and 3512 (Original ECF Dkt. No. 3)

- Signed Warrant (Original ECF Dkt. No. 3)

The items listed above constitute all the relevant documents to be unsealed upon the close of this investigation as set out in *Matter of Leopold*, D.D.C. Case No. 13-mc-00712.   In *Matter of Leopold*, D.D.C. Case No. 13-mc-00712, the Court addressed unsealing of several categories of sealed legal process related to closed investigations: "applications for warrants issued pursuant to the Stored Communications Act ('SCA'), 18 U.S.C. § 2703(a), SCA § 2703(d) orders, pen registers and trap and trace ('PR/TT') devices, *see id.* § 3123, and foreign requests for use of these investigative authorities, pursuant to Mutual Legal Assistance Treaties ('MLATs'), *see id.* § 3512(a)(2)(B)–(C), once those matters are closed."   2020 WL 7481037, ECF 69 at *1 (Dec. 17, 2020).   The Court noted that such unsealing could be accomplished by "fil[ing] redacted versions

1

of any documents . . . on a given docket, and then . . . fil[ing] a motion to unseal the case docket indicating the matter is closed and identifying, by filed document number, the unredacted versions of the government-redacted documents to remain under seal."   *Id*. at *3; *see also id*. at *5 (contemplating a government "motion to unseal, indicating that a case is closed and signaling to the Clerk's Office to unseal the case," which motion will "identify each docket entry, *i.e.*, ECF number" to be unsealed, and which should remain sealed).[1]

---

[1] In connection with such unsealing, the D.C. Circuit noted that "the government and court must be able to redact documents in order to protect privacy and law enforcement interests," *Matter of Leopold*, 964 F.3d 1121, 1133 (D.C. Cir. 2020).   Specifically, the Court "ORDERED that the government redact the following information" from filings to be unsealed:

> (1) individuals' names, except for the name of a judicial officer who has issued an order;
> (2) dates of birth;
> (3) Social Security numbers;
> (4) financial account numbers;
> (5) telephone numbers;
> (6) street addresses;
> (7) email account addresses; and
> (8) any other information that directly or indirectly identifies the target of, or witness, investigator, informant, or other person of interest in, a criminal investigation, and regardless of whether the investigation ultimately resulted in criminal charges or a criminal conviction.

*See Matter of Leopold*, D.D.C. Case No. 13-mc-00712, ECF No. 71, slip op. at *15-*16 (Feb. 9, 2021).   In addition, in its *Matter of Leopold* ruling, the D.C. Circuit recognized that sealing – and thus, by extension, redactions could continue to be appropriate to "protect . . . law enforcement interests."   964 F.3d at 1133.

As these documents are hereby filed on the unsealed docket created for purposes of filings pursuant to *Leopold*, the attached redacted documents are now available to the public.

Respectfully submitted,

VAUGHN A. ARY
DIRECTOR
OFFICE OF INTERNATIONAL AFFAIRS
OK Bar Number 12199

By: _____

Joni Forster Galvin
Trial Attorney
NY Bar Number 4392874
Office of International Affairs
Criminal Division, Department of Justice
1301 New York Avenue, N.W., Suite 300
Washington, D.C. 20530
(202) 616-0133 telephone
(202) 514-0080 facsimile
Joni.Forster.Galvin@usdoj.gov

3

# ATTACHMENT

# A

*Redacted Docket Materials*

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 19-ml-197
INFORMATION ASSOCIATED WITH ONE )
STORED AT PREMISES CONTROLLED )
BY ███████████ PURSUANT TO )
18 U.S.C. 2703 AND 3512

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):* a company that accepts service of legal process at ███████████ for information associated with account ███████████ as more specifically described in ATTACHMENT A.

located in the ███████████████████████████████████████ , there is now concealed *(identify the person or describe the property to be seized):*

certain property, the disclosure of which is governed by Title 18, U.S.C. Sections 2701 through 2711, namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT B to this Application for a Search Warrant.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| violation of ██████ | ████████████████ |

The application is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the ████████████████

██████████████████████████

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____telephone_____ *(specify reliable electronic means).*

Date: ___02/25/2019___

Robert Collings  2019.02.25 11:59:07 -05'00'

*Judge's signature*

City and state: Washington, DC

Robert Collings, U.S. Magistrate Judge

*Printed name and title*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH ONE ████████ STORED AT PREMISES CONTROLLED BY ████████ PURSUANT TO 18 U.S.C. 2703 AND 3512**

**ML No.: 19-ml-197**

**Filed Under Seal**

*Reference:*   ***DOJ Ref*** ████████          **Subject Account:** ████████

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, ████████ being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of an application for a search warrant for information associated with ████████ which is stored at premises controlled by ████████ an electronic-communications services provider and/or remote computing services provider which is headquartered in ████████ The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A), 2703(c)(1)(A), and 3512(a), to require ██ to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

2.    The information requested in this search warrant is being sought pursuant to a request for assistance ("Request") from ████████ transmitted to Washington, D.C., in ████████ ████████ are investigating an unknown subject for fraud offenses, in

violation of ████████████████████████████████████████████████

████████████████████████ A copy of the applicable laws is appended to this affidavit. This

Request is made ████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████

    3.    I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have

been since ███████ I am currently assigned to the International Operations Division, ███████

████████████████████████ in Washington, D.C. My current duties include responding to requests

from foreign governments pursuant to mutual legal assistance treaties, including serving as the

affiant on search warrant affidavits, serving search warrants, and reviewing the data received in

response thereto for relevance in compliance with the parameters of the search warrants. During

my employment with the FBI, I have conducted investigations related to ███████████████████

████████████████████████████████████████████████████ I have also

worked on numerous criminal and ███████████████ investigations. I have experience in the

execution of search warrants and the analysis of collected evidence. Additionally, I have received

training in the operation of computers and the collection and handling of digital evidence. I have

been trained by the FBI as ████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████

4.      The facts set forth in this affidavit are based upon information conveyed to the United States via a Request made ███████████████████████████████ and upon my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of the criminal laws of ████████ have been committed by the unknown person(s) using ███████████████████ There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband or fruits of these crimes further described in Attachment B.

**JURISDICTION**

6.      This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. *See* 18 U.S.C. § 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court "is acting on a request for foreign assistance pursuant to [18 U.S.C.] section 3512 . . . ." 18 U.S.C. § 2711(3)(A)(iii); *see also* 18 U.S.C. § 3512(a)(2)(B) (court may issue "a warrant or order for contents of stored wire or electronic communications or for records related thereto, as provided under section 2703"), § 3512(c)(3) ("application for execution of a request from a foreign authority under this section may be filed . . . in the District of Columbia").

7.      This application to execute ████████ Request has been approved and duly authorized by an appropriate official of the Department of Justice, through the Office of

International Affairs ("OIA").[1]  *See* 18 U.S.C. § 3512(a).  An OIA attorney has reviewed the Request, confirmed that it was submitted by ▮▮▮▮▮▮▮▮ in connection with a criminal investigation and/or prosecution, and authorized the undersigned to file this application with the assistance of the U.S. Attorney's Office in the District of Columbia.

**PROBABLE CAUSE**

8.    ▮▮▮▮▮▮▮ are investigating unknown individuals for fraud offenses that were committed against the victim company, which is headquartered out of ▮▮▮▮▮▮▮

9.    Sometime on or about ▮▮▮▮▮▮ a representative from the victim company received an email message from ▮▮▮▮▮▮▮  The message was addressed to ▮▮▮▮▮▮▮ and was formatted to appear as if it had been received from a legitimate ▮▮▮▮▮▮ bank that is headquartered out of ▮▮▮▮▮▮  The body of the email indicated that the bank was replacing the victim company's old bank cards with newer cards.  The email instructed the recipient to send all old bank cards to an ▮▮▮▮▮ address, which was specifically provided in the email.  The email also contained language that specified that by ▮▮▮▮▮▮ the recipient could apply for the new bank card online.  Unwittingly, the representative from the victim company ▮▮▮▮▮▮ which redirected to ▮▮▮▮▮ that she believed belonged to the bank; however, ▮▮▮▮▮ was actually the fraudulent ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

10.    Once at the fraudulent ▮▮ the representative, believing that she was at ▮▮▮▮ for the bank, inputted the two ▮▮▮▮▮▮▮▮ for her two older victim

---

[1] The Attorney General, through statutes and regulations, has delegated to the Office of International Affairs the authority to serve as the "Central Authority" or "Competent Authority" under treaties and executive agreements between the United States and other countries pertaining to mutual assistance in criminal matters.  *See* 28 C.F.R. §§ 0.64-1, 0.64-4, and Appendix to Subpart K, Directive Nos. 81A and 81B (2013).

company bank cards, and created ▮▮▮▮▮ for her new, theoretical company cards. After finishing up, the representative sent her two old physical cards to the specified ▮▮▮▮▮ address.

11.    Once the unidentified individual (who presumably sent the email or conspired with those who did) received the cards, it used the cards and the ▮▮▮▮▮▮▮ to withdraw substantial amounts of money. According to the bank, on or about ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ was transferred out of the victim company's two bank accounts. Bank records showed that the money was transferred to ▮▮▮▮ different bank accounts in ▮▮▮▮▮▮▮ Additionally, on or about ▮▮▮▮▮▮ an additional ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12.    According to the investigation conducted by ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

**BACKGROUND ON ▮▮**

13.    Based on my training and experience, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14.    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15.     Therefore, the computers of ▮ are likely to contain stored electronic communications and information concerning subscribers and their use of ▮ services, such as account access information and account application information. In my training and experience, such information may constitute evidence of the crimes under investigation because the information can be used to identify the account's user or users.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

16.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require ▮ to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B, using the procedures described in Section III of Attachment B.

## REQUEST TO SUBMIT WARRANT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

17.     I respectfully request, pursuant to Rules 4.1 and 41(d)(3) of the Federal Rules of Criminal Procedure, permission to communicate information to the Court by telephone in connection with this Application for a Search Warrant. I submit that

█████ an attorney for the United States, is capable of identifying my voice and telephone number for the Court.

## CONCLUSION

18.    Based on the forgoing, I request that the Court issue the proposed search warrant. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  Because the warrant will be served on █████ who will then compile the requested records at a time convenient to it, there exists reasonable cause to permit the execution of the requested warrant at any time in the day or night.



Respectfully submitted,

Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 based on information communicated by telephone on this ____ day of February, 2019.

2019.02.25
12:01:31 -05'00'

UNITED STATES MAGISTRATE JUDGE

## ANNEX A

**Relevant Provisions** 





AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.  19-ml-197 |
| INFORMATION ASSOCIATED WITH ONE⬛⬛⬛ | ) | |
| STORED AT PREMISES CONTROLLED | ) | |
| BY⬛⬛⬛PURSUANT TO | ) | |
| 18 U.S.C. 2703 AND 3512 | | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ⬛⬛⬛

*(identify the person or describe the property to be searched and give its location)*:

⬛⬛⬛ a company that accepts service of legal process at ⬛⬛⬛ for information associated with account ⬛⬛⬛ as more specifically described in ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

certain property, the disclosure of which is governed by Title 18, U.S.C. Sections 2701 through 2711, namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT B to this Search Warrant.

**YOU ARE COMMANDED** to execute this warrant on or before          March 11, 2019          *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to          Robert Collings          .
                                                                                                       *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:          02/25/2019 11:00 am          

⬤ *lbn B Cuij*          2019.02.25 12:02:49
                                                          -05'00'

                                                          *Judge's signature*

City and state:          Washington, DC          

Robert Collings, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with ███████ that is stored at premises

owned, maintained, controlled or operated by ███████ a company that accepts service

of legal process at ███████████████

## ATTACHMENT B

### Particular Things to be Seized and Procedures
### to Facilitate Execution of the Warrant

I.    **Information to be disclosed by** ▮▮▮▮▮▮▮ **(the "Provider") to facilitate
execution of the warrant**

To the extent that the information described in Attachment A is within the possession,

custody, or control of the Provider, including any e-mails, records, files, logs, or information that

has been deleted but is still available to the Provider, or has been preserved, the Provider is required

to disclose the following information to the government for each account or identifier listed in

Attachment A ("the Account"):

a.    The contents of all messages associated with the Account, dating from ▮▮▮▮▮▮

to and including ▮▮▮▮▮▮ including stored or preserved copies of ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b.    All records or other information regarding the identification of the Account, to

include full name, physical address, telephone numbers and other identifiers, records of session

times and durations, the date on which the Account was created, the length of service, the IP

address used to register the Account, log-in IP addresses associated with session times and dates,

account status, alternative e-mail addresses provided during registration, methods of connecting,

log files, and means and source of payment (including any credit or bank account number);

c.    The types of service utilized;

d.      All records or other information for the account dating from ███████ to and

including ███████ including ████████████████████████████████████

████████

e.      All records pertaining to communications between the Provider and any person

regarding the Account, including contacts with support services and records of actions taken.

f.      The Provider shall deliver the information set forth above via United States mail or

courier to:  Within 14 days of the issuance of this warrant, ██████ shall deliver the information

set forth above via United States mail, courier, or e-mail to the following:

████████████████

Federal Bureau of Investigation, ████████████████████

935 Pennsylvania Ave.
NW Washington, D.C. 20535

Or email returns to ██████████████████████████

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of criminal laws of ███████████████████████

████████████████████████████████████████ as described in the affidavit in support of this warrant, including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

(a) Evidence related to the use of the account related to the fraud under investigation;

(b) ████████████████████████████████████████████

communications of any kind between the Account and anyone else related to the preparation for or execution of the offense or otherwise related to the above violations of criminal laws;

(c) Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(d) Evidence indicating the Account owner's state of mind as it relates to the criminal activity under investigation;

(e) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s); and

(f) Identification of co-conspirators, accomplices, and aiders and abettors in the commission of the above offenses.

3

### III.    Government procedures for warrant execution

The United States government will conduct a search of the information produced by the Provider and determine which information is within the scope of the information to be seized specified in Section II.  That information that is within the scope of Section II may be copied and retained by the United States and shared with appropriate foreign authorities.

Law enforcement personnel will then seal any information from the Provider that does not fall within the scope of Section II and will not further review the information absent an order of the Court.  For purposes of authentication at trial or otherwise, the Government is authorized to retain a digital copy of all information seized pursuant to the Warrant for as long as is necessary for those purposes.

4